1  JOSEPH R. BECERRA, Bar No. 210709
   jbecerra@jrbecerralaw.com
2  BECERRA LAW FIRM
   4014 Long Beach Boulevard, Suite 300
3  Long Beach, CA  90807
   Telephone:  213.542.8501
4  Facsimile:   213.542.5556

5  WILLIAM O. KAMPF, Bar No. 217854
   william@woklaw.com
6  LAW OFFICE OF WILLIAM O. KAMPF
   4014 Long Beach Boulevard, Suite 300
7  Long Beach, CA  90807
   Telephone:  310.948.0715
8  Facsimile:   310.494.9481

9  Attorneys for Plaintiff COIT HOLT

10

11 JON G. MILLER, Bar No. 150702
   jmiller@littler.com
12 LITTLER MENDELSON, P.C.
   2050 Main Street, Suite 900
13 Irvine, CA  92614
   Telephone:  949.705.3000
14 Facsimile:   949.724.1201

15 CHRISTINA H. HAYES, Bar No. 267153
   chayes@littler.com
16 LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
17 San Diego, CA  92101.3577
   Telephone:  619.232.0441
18 Facsimile:   619.232.4302

19 Attorneys for Defendant DELAWARE
   RESOURCE GROUP OF OKLAHOMA, LLC

20               UNITED STATES DISTRICT COURT
21               CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COIT HOLT, an individual, | Case No. 5:17-CV-00621 JGB (SPx) |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |
| v. | |
| DELAWARE RESOURCE GROUP OF OKLAHOMA, LLC, an Oklahoma corporation; and DOES 1-50, inclusive, | **[F.R.C.P. 41]** |
| Defendants. | |

Firmwide:149833181.1 093064.1001

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA  92614
949.705.3000

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Plaintiff COIT HOLT ("Plaintiff") and Defendant DELAWARE RESOURCE GROUP OF OKLAHOMA, LLC ("Defendant") (collectively the "Parties"), by and through their counsel of record herein, hereby stipulate and agree as follows:

**WHEREAS**, on February 24, 2017, Plaintiff filed a Complaint for Damages against Defendant in the Superior Court for the State of California, County of Riverside, Case No. RIC1703210 (the "Complaint");

**WHEREAS,** on March 31, 2017, Defendant removed this matter to the United States for the Central District of California and the matter was assigned Case No. 5:17-CV-00621 JGB (SPx) (the "District Court Case");

**WHEREAS**, the Parties entered into a formal settlement agreement, effectuating a resolution of all disputes between them and releasing all claims, known and unknown against Defendant, its officers, agents, and employees;

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 41(a), the Parties agree, that this entire action can and should be dismissed, with prejudice.

**THEREFORE**, subject to the approval of the Court, the Parties hereby propose and stipulate that:

1. The entire action shall be and hereby is dismissed with prejudice; and

2. Each party shall bear their own attorneys' fees and costs in connection with the prosecution and defense of this action; and

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Firmwide:149833181.1 093064.1001

2.

3. The district court shall retain jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO STIPULATED**.

Dated: September 14, 2017

/s/ *William O. Kampf*
JOSEPH R. BECERRA
BECERRA LAW FIRM
WILLIAM O. KAMPF
LAW OFFICE OF WILLIAM O. KAMPF
Attorneys for Plaintiff
COIT HOLT

Dated: September 14, 2017

/s/ *Christina H. Hayes*
JON G. MILLER
CHRISTINA H. HAYES
Littler Mendelson, P.C.
Attorneys for Defendant
DELAWARE RESOURCE GROUP OF OKLAHOMA, LLC

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 14, 2017           /s/ *Christina H. Hayes*
                                    CHRISTINA H. HAYES

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA  92614
949.705.3000

Firmwide:149833181.1 093064.1001           3.