JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COIT HOLT, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>DELAWARE RESOURCE GROUP OF OKLAHOMA, LLC, an Oklahoma corporation; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 5:17-CV-00621 JGB (SPx)<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL**<br><br>**[F.R.C.P. 41]** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure the Parties filed a Stipulated Request for Dismissal (the "Stipulation"), and requested that the Court dismiss the entire action with prejudice.

The Court, having reviewed and considered the Stipulation and the record herein, hereby APPROVES the Stipulation and ORDERS as follows:

    1.    The entire action shall be and hereby is dismissed with prejudice; and

    2.    Each party shall bear their own attorneys' fees and costs in connection with the prosecution and defense of this action; and

/ / / /

/ / / /

Firmwide:149833294.1 093064.1001

3. The district court shall retain jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

Dated: September 15, 2017

HONORABLE JESUS G. BERNAL
United States District Judge